UNITED STATES DISTRICT COURT
CENTRAL DISTICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MOHAMMAD NASEF GHANNAM, MANUEL VELAZQUEZ dba QUICK SHOP 66 | ) ) ) | |
| Plaintiffs, | ) ) | Case No. |
| v. | ) ) | Judge |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE, | ) ) ) ) | Magistrate Judge |
| Defendant. | ) | |

**COMPLAINT FOR JUDICIAL REVIEW OF ADMINISTRATIVE DECISION**

NOW COME, the Plaintiffs, **MOHAMMAD NASEF GHANNAM AND MANUEL VELAZQUEZ**("**GHANNAM AND VELAZQUEZ**") individually and doing business as QUICK SHOPP 66 ("**QUICK**") (collectively "Plaintiffs"), by and through their attorneys, Zanayed Law Office, and submit their Complaint for Judicial Review of Administrative Decision, and in support thereof state as follows:

**Parties**

1. QUICK (the "business") is a business organized and conducted its operations under the laws of the State of California and engaged in business at in 15028 7th Street, Suite 1 in Victorville, CA 92395. (the "business address")

2. GHANNAM AND VELAZQUEZ are individuals, husband and wife, and are the sole owners of the business and doing business as QUICK SHOP 66 at the business address.

3. **GHANAM AND VELAZQUEZ reside in Costa Mesa, Orange County, California.**

4. The Defendant, **UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE ("USDA"), is a governmental agency in charge of Supplemental Nutrition Assistance Program ("SNAP") with offices in the State of California.**

5. **This matter concerns the judicial review of a final agency decision of USDA dated April 14, 2021 which disqualified Plaintiff's from participating as an authorized retailer in SNAP for six (6) months.  The said final agency decision was received by the**

6. **The Court has jurisdiction for judicial review of the final agency decision of USDA by trial *de novo* pursuant to 7 U.S.C. Sec. 2023 and the regulations promulgated thereunder, including 7 C.F.R. Sec. 279.7. Plaintiffs request trial de novo.**

7. **Venue is proper pursuant to 7 U.S.C. Sec. 2023 as Plaintiffs are engaged in business within the Central District of California, SOUTHERN  Division.**

## STATEMENT OF FACTS

8. GHANNAM AND VELAZQUEZ, husband and wife, are the sole owners of QUICK and began operating QUICK located at the business address since on or 2016

9. In 2016, QUICK became authorized retailer in SNAP.

10. On or about October 28, 2020, USDA sent Plaintiffs a Charge Letter alleging SNAP regulation violations, charging Plaintiffs with accepting SNAP benefits in exchange for merchandise which included common ineligible non-food items in violationof 7 CFR Sec. 278.2(a)

11. Prior to October 28, 2020, Plaintiffs had never been cited, noticed or otherwise warned in any manner for any violations of any SNAP regulation.

12. Plaintiffs' timely responded to the charge letter denying the allegations and providing affirmative evidence in support of the denials and refuting all of the information regarding the alleged patterns of unusual, irregular and inexplicable activity, including that Plaintiffs engaged in the sale of non-food items for SNAP benefits.

13. On or about December 9, 2020, USDA sent Plaintiffs a determination letter and informed Plaintiffs that they were disqualified for a period of six (6) months from the retail SNAP vendor program.

14. On or about December 18, 2020, Plaintiffs timely requested administrative review of the USDA determination to permanently disqualify Plaintiffs from SNAP.

15. USDA granted Plaintiffs request for administrative review.

16. On or about April 14, 2021, USDA sent Plaintiffs a Final Agency Decision letter in response to Plaintiff's request for administrative review sustaining the 6 month suspension. The decision letter was received on or about April 16, 2021.

17. The instant complaint for Judicial Review of Administrative Decision is being filed within thirty (30) days of receipt of the Final Agency Decision.

18. The USDA administrative action was arbitrary and capricious.

19. USDA abused its power and discretion in permanently disqualifying Plaintiffs from SNAP without evidence that Plaintiffs had committed the alleged regulation violations, including engaging in the trafficking of SNAP benefits.

<u>COUNT I – JUDICIAL REVIEW OF AGENCY DECISIONS</u>

20. Plaintiffs adopt and incorporate paragraphs 1 through 19 of the Complaint for Judicial Review of Administrative Decision as if fully set forth herein as paragraph 20.

21. Plaintiffs bring this action for judicial review pursuant to 7 U.S.C. Sec. 2023(a)(15) and (16), and 7 C.F.R. Sec. 297.7.

22. 7 U.S.C. Sec. 2023(a)(15) and (16), and 7 C.F.R. Sec. 297.7 allow the Court to determine the validity of the administrative decision at issue in this matter by trial *de novo,* and in the event the Court determines the administrative action to be invalid, to enter such judgment or order the Court determines appropriate and in accordance with the evidence.

23. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

WHEREFORE, AMANDA GHANNAM AND VELAZQUEZ, individually and dba QUICK SHOPP 66respectfully request the following:

a) Trial *de novo.*

b) Enter a finding that the administrative action was invalid, arbitrary and capricious and therefore should be set aside.

c) Determine that any violation was too limited to warrant disqualification, including a six month disqualification.

d) Reinstate Plaintiffs as authorized retailers in SNAP or in the alternative allow the Plaintiff MOHAMMAD NASEF GHANNAM AND MANUEL VELAZQUEZ the right to apply to become an authorized retailer in SNAP at some other business location.

e) Such other relief as this Court may deem proper, just and equitable under the circumstances.

### JURY TRIAL DEMAND

Pursuant to Rule 38(b), Plaintiffs hereby request a jury trial on all issues so triable.

Respectfully submitted
GHANNAM AND VELAZQUEZ,
individually and dba QUICK

By: /s/ Fadi Zanayed
One of their Attorneys

Zanayed Law Office
Fadi Zanayed 6191957
8150 W 111th Street Ste 16
Palos Hills, IL 60465
708-378-5311
Fadi.zanayed@gmail.com